IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR351 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANDRE JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to get married (Filing No. 60). The Court has been advised plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant may be married within the confines of the jail and subject to the ordinary rules and regulations associated with visitation.

DATED this 10th day of February, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court