IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR351 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANDRE JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 68).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The document referred to in said motion shall remain sealed pending further order of the Court.

DATED this 19th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court